UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
/s/ AmC
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> VILIAMI MOSESE FATUKALA, ) <br> ) <br> Defendant. ) | Case No. 2:19-MJ-00226-DB <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VILIAMI MOSESE FATUKALA</u>, Case No. <u>2:19-MJ-00226-DB</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

   ✔   Unsecured Appearance Bond

   \_\_   Appearance Bond with 10% Deposit

   \_\_   Appearance Bond with Surety

   \_\_   Corporate Surety Bail Bond

   ✔   (Other)   <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 23, 2019</u> at <u>2:50</u> pm..

By   /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge